IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MOHAMMED A. ALSALAHAT, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:25-cv-00607-O-BP |
| § | |
| MERRICK GARLAND, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Defendant's Motion to Remand (ECF No. 10) is **GRANTED**, and the case is **REMANDED** to U.S. Citizenship and Immigration Services with instructions to adjudicate the application within 90 days from this order. All deadlines in this case are **STAYED** pending adjudication of Plaintiff's Form N-400 application. The Clerk shall close this case for statistical purposes.

**SO ORDERED** on this **4th day** of **November, 2025**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**